363 A.2d 1128
COMMONWEALTH of Pennsylvania
v.
Donna HEMINGWAY, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 16, 1976.

Decided Oct. 8, 1976.

Bernard M. Berman, Asst. Public Defender, for appellant.

Ralph B. D'Jorio, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.